IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>　　　　Plaintiff<br><br>v.<br><br>OATRIDGE SECURITY GROUP, INC.<br>　　　　Defendant | CIVIL ACTION NO.<br><br><br>COMPLAINT<br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act, as amended by the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, ("ADA" and "ADAAA"), Title VII of the Civil Rights Act of 1964, incorporating the Pregnancy Discrimination Act of 1978, 42 U.S.C. § 2000e *et seq.*, ("Title VII") and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a to correct unlawful employment practices on the basis of disability, sex (female), and retaliation, and to provide appropriate relief to Sarah Olsen, who was adversely affected by such practices. The Equal Employment Opportunity Commission ("EEOC") alleges that Oatridge Security Group, Inc. ("Defendant") discriminated against Ms. Olsen when it terminated her employment and failed to reemploy her because of sex (pregnancy) and failed to reemploy her in

**COMPLAINT-** Page 1 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

retaliation for filing a charge of discrimination with the EEOC. Additionally, Defendant violated the ADA by failing to segregate medical information from other information in its personnel files.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and the ADA, and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-(5)(f)(1) and (3), the authorizing provisions of Title VII.

4. At all relevant times, Defendant has been a corporation continuously doing business in the State of Washington and employing at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101 (5) of the ADA, 42 U.S.C. §12111(5), and

**COMPLAINT-** Page 2 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§2000e(g) and (h).

6. At all relevant times, Defendant has been a covered entity under Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h), and Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## ADMINISTRATIVE PROCEDURES

7. More than thirty (30) days prior to the institution of this lawsuit, Ms. Olsen filed a charge of discrimination with the Commission alleging that Defendant discriminated against her in violation of the ADA and Title VII.

8. By letter dated April 23, 2019, the Commission issued to Defendant a Determination finding reasonable cause to believe that Defendant violated the ADA and Title VII and invited Defendant to join with the EEOC in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

9. The EEOC communicated with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the EEOC's Letter of Determination.

10. The EEOC was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11. By letter dated May 30, 2019, the EEOC issued to Defendant notice that efforts to conciliate were unsuccessful and that further conciliation efforts would be futile or non-productive.

## STATEMENT OF CLAIMS

12. Charging Party Ms. Olsen began working for Defendant as a security officer on June 6, 2016.

**COMPLAINT-** Page 3 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

13. In June 2017, Ms. Olsen was promoted to the shift supervisor position for the graveyard shift of the Seattle Tunnel Project ("STP").

14. In or around late June or early July 2017, Ms. Olsen informed the Operations Manager that she was pregnant.

15. The Operations Manager told Ms. Olsen that he did not think that working security was proper for a pregnant woman and that there was a strong likelihood that she would lose her supervisory position.

16. On July 12, 2017, Ms. Olsen told Defendant that her medical care provider advised her to stop working immediately for the duration of her pregnancy.  Ms. Olsen informed Defendant that she would return to work as soon as possible.

17. The following day, July 13, 2017, Defendant terminated Ms. Olsen's employment.

18. In September 2017, Ms. Olsen contacted Defendant and sought to return to work.

19. In September and October 2017, Ms. Olsen made multiple efforts to gain reemployment at Defendant.

20. In response to Ms. Olsen's efforts to be reemployed, the Operations Manager told Ms. Olsen and others that he and/or Defendant were not comfortable with a pregnant woman working security and that he was not comfortable sending a pregnant woman to a particular location.

21. On October 10, 2017, Ms. Olsen filed a charge of discrimination.

22. The EEOC served Defendant with notice of Olsen's charge of discrimination on October 17, 2017.

**COMPLAINT-** Page 4 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

23.     Shortly thereafter, the Operations Manager telephoned Ms. Olsen's fiancé and inquired about the charge. Ms. Olsen's fiancé stated that the Operations Manager would need to talk to Ms. Olsen.

24.     The Operations Manager telephoned Ms. Olsen and told her that there was no way she would ever get a job at Defendant again. The following day he came to her home and expressed anger at Ms. Olsen for filing the charge of discrimination.

25.     Defendant does not segregate employee medical information from other employee personnel information. Defendant's current practices related to its personnel files do not ensure the confidentiality of medical information.

26.     Since at least July 2017, Defendant has engaged in unlawful employment practices in violation of 42 U.S.C. §§ 12112(d)(3)(B), (4)(C) of the ADA by not ensuring the confidentiality of employee medical information.

27.     Since at least July 2017, Defendant has engaged in unlawful employment practices in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1), and the Pregnancy Discrimination Act of 1978, 42 U.S.C. §2000e(k), by subjecting Ms. Olsen to sex discrimination. Specifically, Defendant discriminated against Ms. Olsen by discharging her and refusing to reemploy her because of her pregnancy, a condition of her sex (female).

28.     Since at least October 2017, Defendant has engaged in unlawful employment practices in violation of Section 704(a) of Title VII, 42U.S.C 2000e-3(a), by refusing to reemploy her because she filed a charge of discrimination with the EEOC.

29.     The effect of the practices complained of in paragraphs 12-28 above has been to deprive Ms. Olsen of equal employment opportunities, and to otherwise adversely affect her status as an employee because of sex and because she engaged in activity protected by Title VII.

**COMPLAINT-** Page 5 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

30. The unlawful employment practices complained of above were intentional.

31. The unlawful employment practices complained of above above were committed with malice or with reckless indifference to the federally protected rights of Ms. Olsen.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, servants, employees, attorneys, all persons in active concert or participation with it, and successors, from practices that fail to segregate confidential employee medical information from other personnel file information.

B. Grant a permanent injunction enjoining Defendant, its officers, servants, employees, attorneys, all persons in active concert or participation with it, and successors, from engaging in any employment practice that discriminates based on sex.

C. Grant a permanent injunction enjoining Defendant, its officers, servants, employees, attorneys, all persons in active concert or participation with it, and successors, from engaging in any employment practice that retaliates against employees who oppose practices made unlawful by Title VII.

D. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for pregnant individuals, and individuals who engage in activity protected by Title VII, and which eradicate the effects of its past and present unlawful employment practices.

E. Order Defendant to make whole Ms. Olsen by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary

COMPLAINT- Page 6 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

to eradicate the effects of its unlawful employment practices, including but not limited to front pay.

F. Order Defendant to make whole Ms. Olsen by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in above.

G. Order Defendant to make whole Ms. Olsen by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

H. Order Defendant to pay punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

I. Grant such further relief as the Court deems necessary and proper in the public interest.

J. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint.

DATED this 23rd day of September, 2019.

BY: */s/ Roberta L. Steele*
Roberta L. Steele
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (415) 522-3150
roberta.steele@eeoc.gov

SHARON FAST GUSTAFSON
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507

COMPLAINT- Page 7 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

BY: */s/ John F. Stanley*
John F. Stanley
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6896
john.stanley@eeoc.gov

BY: */s/ Teri Healy*
Teri Healy
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6916
Facsimile (206) 220-6911
teri.healy@eeoc.gov

Attorneys for Plaintiff EEOC

**COMPLAINT-** Page 8 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 23rd day of September, 2019

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-220-6855
Email: rebecca.eaton@eeoc.gov

**COMPLAINT-** Page 9 of 9

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882