THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br>v.<br><br>OATRIDGE SECURITY GROUP, INC.,<br><br>　　　　　　Defendant. | No. 2:19-cv-01517 RSL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION BY EEOC CLAIMANT SARAH OLSEN TO INTERVENE<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 29, 2019 |

**THIS MATTER** comes before the Court on the Motion by EEOC Claimant Sarah Olsen to Intervene. The Court has considered the following:

1. Motion by EEOC Claimant Sarah Olsen to Intervene;

2. Declaration of Elizabeth A. Hanley in Support of Motion by EEOC Claimant Sarah Olsen to Intervene and the exhibit attached thereto;

3. Defendant's Opposition to Motion by EEOC Claimant Sarah Olsen to Intervene, if any;

4. Declaration and exhibits filed in support of Defendant's Opposition, if any;

5. EEOC Claimant Sarah Olsen's Reply, if any;

[~~PROPOSED~~] ORDER GRANTING MOTION BY EEOC
CLAIMANT SARAH OLSEN TO INTERVENE - 1
Cause No. 2:19-cv-01517 RSL

REED LONGYEAR
REED LONGYEAR MALTZAHN AHRENS PLLC
801 Second Avenue, Suite 1415
Seattle, Washington 98104-1517
(206) 624-6271

1. 6. _____ ;

The Court has read and considered the brief of the parties and has reviewed the pleadings and the records on file.

**THE COURT HEREBY ORDERS:**

1. Motion by EEOC Claimant Sarah Olsen to Intervene is GRANTED; and

2. Plaintiff-Intervenor Sarah Olsen shall file her Complaint for Damages within ten (10) days of this order.

3. _____

_____ .

DATED this 23rd day of December, 2019.

*/s/ Robert S. Lasnik/*
The Honorable Robert S. Lasnik
United States District Court Judge

PRESENTED BY:

REED LONGYEAR MALNATI & AHRENS, PLLC

By: *s/Elizabeth A. Hanley*
Elizabeth A. Hanley, WSBA No. 38233
Reed Longyear Malnati & Ahrens, PLLC
801 Second Ave., Ste. 1415
Seattle, WA 98104
Tel. (206) 624-6271
Fax (206) 624-6672
Email: ehanley@reedlongyearlaw.com
Attorney for Plaintiff/Intervenor

[PROPOSED] ORDER GRANTING MOTION BY EEOC CLAIMANT SARAH OLSEN TO INTERVENE - 2
Cause No. 2:19-cv-01517 RSL

REED LONGYEAR
REED LONGYEAR MALNATI AHRENS LLP
801 Second Avenue, Suite 1415
Seattle, Washington 98104-1517
(206) 624-6271