1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | NO.  19-cv-01517 RSL |
| Plaintiff, | |
| vs. | STIPULATED MOTION & ORDER OF DISMISSAL OF PLAINTIFF-INTERVENOR'S CLAIMS AGAINST DEFENDANTS WITH PREJUDICE |
| OATRIDGE SECURITY GROUP, INC., | |
| Defendant. | |
| SARAH OLSEN, | |
| Plaintiff-Intervenor, | |
| v. | |
| OATRIDGE SECURITY GROUP, INC., a Washington corporation; and CY A. OATRIDGE, individually and on behalf of the marital community composed of CY and J. DOE OATRIDGE, | |
| Defendants. | |

## STIPULATION

Plaintiff-Intervenor and Defendants hereby agree and stipulate that this matter has

resolved by agreement of the parties and that Plaintiff-Intervenor's claims against

STIPULATED MOTION & ORDER OF DISMISSAL AS TO
PLAINTIFF-INTERVENOR'S CLAIMS - 1 of 2
[19-cv-01517 RSL]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike Street, Suite 2350
SEATTLE, WASHINGTON  98101-1157
(206) 676-7500  -  FACSIMILE (253) 676-7575

1

2   Defendants may be dismissed with prejudice and without further award of attorney's fees

3   or costs to any party.

4   DATED this 6th day of November, 2020       DATED this 9th day of November, 2020

5   SCHROETER GOLDMARK BENDER            GORDON THOMAS HONEYWELL

6

7   By:/s/ Elizabeth Hanely [via email 11/6/20]   By: /s/ Maggie Diefenbach
        Elizabeth Hanley, WSBA No. 38233        Warren E. Martin, WSBA No. 17235
8       Kelli Carson, WSBA No. 49856            Maggie Diefenbach, WSBA No. 31176
9       Attorneys for Plaintiff-Intervenor         Steven Fawcett, WSBA No. 52623
                                               Attorneys for Defendants
10

11                           <u>ORDER</u>

12          This matter having come before the Court based on the Stipulation set forth

13   above, the Court having reviewed the records and files herein and being fully advised in

14   the premises, it is hereby

15          ORDERED that Plaintiff-Intervenor's claims against Defendants be dismissed with

16   prejudice and without further award of attorney's fees or costs to any party.

17          DATED this 12th day of November, 2020.

18

19          _____
            MNS Lasnik
20          THE HONORABLE ROBERT S. LASNIK

21   DATED this 6th day of November, 2020       DATED this 9th day of November, 2020

22   SCHROETER GOLDMARK BENDER            GORDON THOMAS HONEYWELL

23

24   By:/s/ Elizabeth Hanely [via email 11/6/20]   By: /s/ Maggie Diefenbach
        Elizabeth Hanley, WSBA No. 38233        Warren E. Martin, WSBA No. 17235
25      Kelli Carson, WSBA No. 49856            Maggie Diefenbach, WSBA No. 31176
26      Attorneys for Plaintiff-Intervenor         Steven Fawcett, WSBA No. 52623
                                               Attorneys for Defendants

STIPULATED MOTION & ORDER OF DISMISSAL AS TO
PLAINTIFF-INTERVENOR'S CLAIMS - 2 of 2
[19-cv-01517 RSL]