THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OATRIDGE SECURITY GROUP, INC.,<br><br>    Defendant. | NO. 2:19-cv-01517-RSL<br><br>ORDER ENTERING CONSENT DECREE |
| SARAH OLSEN,<br><br>    Plaintiff – Intervenor,<br><br>  v.<br><br>OATRIDGE SECURITY GROUP, INC., a Washington corporation; and CY A. OATRIDGE, individually and on behalf of the marital community composed of CY and J. DOE OATRIDGE,<br><br>    Defendants. | |

The Court, having considered the foregoing stipulated Consent Decree of the parties,

HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree

*EEOC v. Oatridge Security Group, Inc., et al.*
ORDER ENTERING CONSENT DECREE NO. 2:19-cv-01517-RSL
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Complaint filed by Plaintiff-Intervenor will be dismissed by a separate Order. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms.

IT IS SO ORDERED.

Dated: November 12, 2020

*[signature]*
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

By: */s/ Roberta L. Steele*
ROBERTA L. STEELE
Regional Attorney

JOHN F. STANLEY
Supervisory Trial Attorney

TERI L. HEALY
Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102

*Attorneys for Plaintiff EEOC*

SHARON FAST GUSTAFSON
General Counsel

ROBERTA A. CANINO
Acting Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507

By: s/ *Warren Martin*
MAGGIE DIEFENBACH, WSBA No. 31176
WARREN MARTIN, WSBA No. 17235
STEVEN FAWCETT, WSBA No. 52623
GORDON THOMAS HONEYWELL, LLP
520 Pike Street, Suite 2350
Seattle, WA 98101
Tel: (206) 676-7500
Fax: (206) 676-7575
wmartin@gth-law.com
mdiefenbach@gth-law.com
sfawcett@gth-law.com

Attorneys for Defendant

*EEOC v. Oatridge Security Group, Inc., et al.*
ORDER ENTERING CONSENT DECREE NO. 2:19-cv-01517-RSL
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882